IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| SHAW HOFSTRA & ASSOCIATES, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 09-0885-CV-W-ODS |
| LADCO DEVELOPMENT, INC., | ) ) | |
| Defendant. | ) | |

ORDER AND OPINION DENYING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

        Pending is Defendant's Motion for Summary Judgment.  After reviewing the
Record and the parties' arguments, the Court concludes there are disputed issues of
material fact that preclude entry of judgment as a matter of law.  In particular, there are
disputed issues regarding the existence and terms of any contract(s) between the
parties.  Accordingly, the motion (Doc. # 44) is denied.

IT IS SO ORDERED.


                                                        /s/ Ortrie D. Smith
                                                        ORTRIE D. SMITH, JUDGE
DATE: November 16, 2010                                 UNITED STATES DISTRICT COURT